UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| Plaintiff, | : | Court No. 25-00089 |
| | : | |
| v. | : | |
| | : | |
| ASPECTS FURNITURE MANUFACTURING, ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Nico Gurian hereby withdraws as attorney of record for the United States, plaintiff, in the above-captioned case. His appearance may be withdrawn or terminated from the docket of this case. Luke Mathers remains attorney of record for plaintiff.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

BY:    /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Nico Gurian
NICO GURIAN
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-0583 or 9230
*Attorneys for Defendant*

Dated: October 30, 2025