THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ASPECTS FURNITURE MANUFACTURING, INC.; ASPECTS FURNITURE INTERNATIONAL, INC.; HOSPITALITY ENGINEERING SERVICES, INC.; AMY AMPHAY SIVIXAY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Court No. 25-00089

**<u>DEFENDANTS' REQUEST FOR ENTRY OF DEFAULT AGAINST CO-DEFENDANT ASPECTS FURNITURE INTERNATIONAL, INC. (AND DEAN E. CLARK)</u>**

Defendants, Aspects Furniture Manufacturing, Inc. ("AFM"), Hospitality Engineering Services, Inc. ("Hospitality"), and Amy Amphay Sivixay ("Amy Sivixay"), by their undersigned attorney, respectfully request entry of default against co-defendant Aspects Furniture International, Inc. (and Dean E. Clark), under Rule 55(a) of the United States Court of International Trade ("USCIT"). "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." USCIT Rule 55(a).

In this case, Defendants brought a cross-claim against co-defendant Aspects Furniture International, Inc. ("AFI") (and Dean E. Clark), that should Defendants be held liable for Group II and Group III entries, Defendants would then be entitled to judgment

1

over and against the co-defendant (and Dean E. Clark) for the full amount of any judgment that may be rendered or for any part thereof on the basis of said determination; and the co-defendant (and Dean E. Clark) will be liable over jointly and severally to AFM, Hospitality, and/or Amy Sivixay and bound to fully indemnify and hold AFM, Hospitality, and/or Amy Sivixay harmless for the full amount of any verdict or judgment that may be recovered against AFM, Hospitality, and/or Amy Sivixay in this action, including all costs of investigation, disbursements, expenses, interest and attorneys' fees incurred in the defense of this action and in conduct of this cross-claim. Answer to Complaint, ECF No. 17 ¶ 1 at Cross-Claims.

The answer to complaint and cross-claims were filed on September 8, 2026. Under USCIT Rule 5, "A paper is served under this rule by: … (C) mailing it to the person's last known address – in which event service is complete upon mailing". On September 9, 2025, Defendants notified all interested parties who were a party to the proceeding by mailing copies of the cross-claims by certified mail, return receipt requested. Answer to Complaint, ECF No. 17.

To date, AFI (and Dean E. Clark) have not appeared or filed a responsive pleading. Accordingly, AFI (and Dean E. Clark) are in default. Pursuant to USCIT Rule 55(a), "the clerk must enter" a "default" aa such.

For these reasons, the Defendants respectfully request that the Clerk of Court enter a default against AFI (and Dean E. Clark).

                                                Respectfully submitted,
                                                  /s/ Kyl J. Kirby
                                                Kyl J. Kirby
                                                **KYL J. KIRBY, ATTORNEY AND COUNSELOR AT LAW, P.C.**
                                                1400 Lipscomb Street

                                                                               Fort Worth, TX 76104  
                                                                               Tel: (214) 632-0841  
                                                                               Attorney for Defendants ASPECTS FURNITURE MANUFACTURING, INC., HOSPITALITY ENGINEERING SERVICES, INC., and AMY AMPHAY SIVIXAY

Date: February 2, 2026