THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ASPECTS FURNITURE MANUFACTURING, INC.; ASPECTS FURNITURE INTERNATIONAL, INC.; HOSPITALITY ENGINEERING SERVICES, INC.; AMY AMPHAY SIVIXAY, | ) ) ) ) ) ) | Court No. 25-00089 |
| | ) | |
| Defendants. | ) | |

## ENTRY OF DEFAULT

Upon application of the defendants (Aspects Furniture Manufacturing, Inc., Hospitality Engineering Services, Inc., and Amy Amphay Sivixay) for the entry of a default, and upon consideration that co-defendant Aspects Furniture International, Inc. have failed to plead or otherwise respond to defendant's cross-claims within the time allowed by law in this action, and in light of the proof of service previously filed, it is hereby ORDERED that default is entered against defendant Aspects Furniture International, Inc..

Clerk, U.S. Court of International Trade

Dated: February 3, 2026         By: /s/ Geoffrey Goell
       New York, New York              Deputy Clerk

1